UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

MYRON AMOS
        Plaintiff

v.                                    STIPULATION OF DISMISSAL
                                          No. 4:04CV00094

DePUY ORTHOPEDICS, INC.
        Defendant

Pursuant to Rule 41(a) of the *Fed. R. Civ. P.,* upon Motion by the Plaintiff for a voluntary dismissal, the parties stipulate that this action shall be dismissed, voluntarily, as provided in the Rule.

Respectfully submitted

MYRON W. AMOS

By Counsel

Counsel:

/s/ Robert L. Morrison, Jr.
Robert L. Morrison, Jr. VSB #14922
WILLIAMS, MORRISON, LIGHT & MOREAU
317 Patton Street
Danville, VA  24541
434 793 4912 Phone
434 792 6110 Fax

DEPUY ORTHOPEDICS, INC.

By Counsel

/s/ John C. Ivins, Jr.
John C. Ivins, Jr. VSB #
HIRSCHLER FLEISCHER
Federal Reserve Bank Building
701 East Byrd Street
Richmond, VA  23219
804 771 9500 Phone
804 644 0957 Fax