CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 11 2005

JOHN F. CORCORAN, CLERK
BY: H McOrea
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **MYRON AMOS,** | ) |
| Plaintiff, | ) Case No. 4:04cv00094 |
| v. | ) **ORDER** |
| **DEPUY ORTHOPEDICS, INC.,** | ) By: Jackson L. Kiser |
| | ) Senior U. S. District Judge |
| Defendant. | ) |

This case is before the Court on the Plaintiff's Motion to Dismiss Action and the Parties' Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the terms of the stipulation, it is **ORDERED** that this action is dismissed and the clerk is directed to close the case.

ENTER: August 11th, 2005

Senior United States District Judge